# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GERALD THRASH

VERSUS

FREDRICK R. GONZALES

NO.   2021 CW 1262

**DECEMBER 6, 2021**

---

In Re:   Gerald Thrash, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0000652.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.**   See action issued this date in 2021 CW 1174.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT